DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARON DAMES,**
Appellant,

v.

**LISA DAMES,**
Appellee.

No. 4D21-2885

[December 1, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Brett Waronicki, Judge; 432018DR000174.

Ronald K. Lantz, North Palm Beach, for appellant.

Howard K. Heims of Littman, Sherlock & Heims, P.A., Stuart, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***